**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Tywanda T. Reuben                                   **BK NO. 21-00292 RNO**
       Teyon Barry
                **Debtor(s)**                         **Chapter 13**


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.


                      Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
23 Feb 2021, 14:58:35, EST


          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

Document ID: 65ee8b33a3a509b0e82d47307f03af5d2bb4b8c249761f7cb7f68ac889faf5b