United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Teyon Barry  
Tywanda T Reuben  
    Debtors

Case No. 21-00292-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 23, 2021      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Teyon Barry, Tywanda T Reuben, 2769 Tacoma Drive, Blakeslee, PA 18610-2338 |
| 5390474 | + | AES/Suntrust Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 5390476 | + | Aldous and Associates, P.O. Box 171374, Salt Lake City, UT 84117-1374 |
| 5390477 | + | Blink Fitness Corporation, 386 Park Avenue South, 11th Floor, New York, NY 10016-8844 |
| 5390478 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 5390485 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5394964 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5390489 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5390490 | + | Progressive Insurance, P.O. Box 55848, Sherman Oaks, CA 91413-0848 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5390475 | + | Email/Text: backoffice@affirm.com | Mar 23 2021 19:05:00 | Affirm Inc, 650 California Street, FL 12, San Francisco, CA 94108-2716 |
| 5390479 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 23 2021 19:27:26 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 5393410 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 23 2021 19:29:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5390480 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 23 2021 19:27:26 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5391453 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 23 2021 19:05:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5390481 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2021 19:27:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5390482 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 23 2021 19:05:00 | Dept of Ed/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5390483 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 23 2021 19:05:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5391702 | + | Email/Text: mrdiscen@discover.com | Mar 23 2021 19:04:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5390484 | + | Email/Text: mrdiscen@discover.com | Mar 23 2021 19:04:00 | Discover Finance Svs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5390486 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 23 2021 19:05:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5390487 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2021 19:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5390488 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 23 2021 19:31:46 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 5391425 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2021 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5390855 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 23 2021 19:05:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5390491 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 23 2021 19:05:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5392159 | *+ | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 5395453 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Carvana LLC bosborne@hoflawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Tywanda T Reuben donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Teyon Barry donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Teyon Barry,<br>**Debtor 1** | Chapter 13 |
| Tywanda T Reuben,<br>**Debtor 2** | Case No. 5:21−bk−00292−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 28, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: May 5, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2021 |

ntcnfhrg (03/18)