IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:21-bk-00292-RNO |
| Teyon Barry and Tywanda T Reuben | : Chapter 13 |
|     Debtors | : |
| | : |
| Carvana, LLC | : |
|     Movant | : |
|     vs. | : |
| Teyon Barry and Tywanda T Reuben | : |
|     Debtors/Respondents | : |
|     and | : |
| Charles J DeHart, III, Esquire | : |
|     Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN

TO THE CLERK:

    Please mark the Objection to Confirmation of the Plan, filed on March 02, 2021 as Doc. #18, as withdrawn without prejudice.

    Respectfully submitted,

    /s / Bradley J. Osborne, Esquire
    Bradley J. Osborne, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 312169
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: bosborne@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:21-bk-00292-RNO |
| Teyon Barry and Tywanda T Reuben | : Chapter 13 |
| Debtors | : |
| | : |
| Carvana, LLC | : |
| Movant | : |
| vs. | : |
| Teyon Barry and Tywanda T Reuben | : |
| Debtors/Respondents | : |
| and | : |
| Charles J DeHart, III, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATE OF MAILING

I, Bradley J Osborne, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on May 21, 2021.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Timothy B. Fisher, II, Esquire  
Via ECF  
*Attorney for Debtors*

Teyon Barry  
Tywanda T Reuben  
2769 Tacoma Drive  
Blakeslee, PA 18610  
Via First Class Mail  
*Debtors*

Charles J DeHart, III, Esquire  
Via ECF  
*Trustee*

                                                <u>/s / Bradley J. Osborne, Esquire</u>  
                                                Bradley J. Osborne, Esquire  
                                                Hladik, Onorato & Federman, LLP  
                                                Attorney I.D. # 312169  
                                                298 Wissahickon Avenue  
                                                North Wales, PA 19454  
                                                Phone 215-855-9521  
                                                Email: bosborne@hoflawgroup.com