# United States Bankruptcy Court
# Middle District of Pennsylvania

In re: Teyon Barry, Tywanda T Reuben  
Debtor(s)

Case No. 5:21-bk-00292  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, a copy of **Order Confirming Chapter 13 Plan filed 7/2/21 at document # 31** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher II  
Timothy B. Fisher II 85800  
Timothy B. Fisher II  
Fisher & Fisher Law Offices  
P. O. Box 396  
Gouldsboro, PA 18424  
570-842-2753 Fax:570-842-8979

| Label Matrix for local noticing<br>0314-5<br>Case 5:21-bk-00292-HWV<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Jul  6 11:15:51 EDT 2021 | AES/Suntrust Bank<br>P.O. Box 61047<br>Harrisburg, PA 17106-1047 | Affirm Inc<br>650 California Street<br>FL 12<br>San Francisco, CA 94108-2716 |
|---|---|---|
| Aldous and Associates<br>P.O. Box 171374<br>Salt Lake City, UT 84117-1374 | Teyon Barry<br>2769 Tacoma Drive<br>Blakeslee, PA 18610-2338 | Blink Fitness Corporation<br>386 Park Avenue South<br>11th Floor<br>New York, NY 10016-8844 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank USA NA<br>P.O.Box 30281<br>Salt Lake City, UT 84130-0281 | Carvana, LLC<br>PO Box 29018<br>Phoenix AZ 85038-9018 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| Dept of Ed/Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | Dept of Education/Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 |
| Discover Finance Svs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 | Emergency Physician Associate of PA, PC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK   N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bradley J Osborne<br>Hladik, Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454-4156 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Phelan Hallinan Diamond & Jones<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive Insurance<br>P.O. Box 55848<br>Sherman Oaks, CA 91413-0848 |

| | | |
|---|---|---|
| Tywanda T Reuben<br>2769 Tacoma Drive<br>Blakeslee, PA 18610-2338 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | U.S. Department of Education c/o Nelnet<br>121 S 13th St, Suite 201<br>Lincoln, NE 68508-1911 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Westlake Financial Svcs<br>4751 Wilshire Blvd<br>Ste 100<br>Los Angeles, CA 90010-3847 |
| Westlake Services, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91411 | Capital One Bank USA NA<br>15000 Capital One Drive<br>Richmond, VA 23238 | Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, MI 48098 |
| JPMCB Card<br>P.O. Box 15369<br>Wilmington, DE 19850 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carvana, LLC | (d)Carvana, LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | (u)FLAGSTAR BANK, FSB |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | End of Label Matrix<br>Mailable recipients   37<br>Bypassed recipients    4<br>Total                 41 | |