United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Teyon Barry  
Tywanda T Reuben  
    Debtors

Case No. 21-00292-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 04, 2022      Form ID: pdf010      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Teyon Barry, Tywanda T Reuben, 2769 Tacoma Drive, Blakeslee, PA 18610-2338 |
| 5390474 | + | AES/Suntrust Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 5390476 | + | Aldous and Associates, P.O. Box 171374, Salt Lake City, UT 84117-1374 |
| 5390477 | + | Blink Fitness Corporation, 386 Park Avenue South, 11th Floor, New York, NY 10016-8844 |
| 5390478 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 5397830 | | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5394964 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5390489 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5390490 | + | Progressive Insurance, P.O. Box 55848, Sherman Oaks, CA 91413-0848 |
| 5402687 | + | Westlake Services, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5390475 | + | Email/Text: backoffice@affirm.com | Jan 04 2022 18:48:00 | Affirm Inc, 650 California Street, FL 12, San Francisco, CA 94108-2716 |
| 5390479 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 19:01:12 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 5393410 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 19:01:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5390480 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2022 19:01:16 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5391453 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 04 2022 18:48:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5390481 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2022 19:01:12 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5390482 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 04 2022 18:48:00 | Dept of Ed/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5390483 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 04 2022 18:48:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5391702 | + | Email/Text: mrdiscen@discover.com | Jan 04 2022 18:48:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5390484 | + | Email/Text: mrdiscen@discover.com | Jan 04 2022 18:48:00 | Discover Finance Svs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5404212 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 04 2022 18:48:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MI 48098 |
| 5390485 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 04 2022 19:01:19 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5390486 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 04 2022 18:48:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5390487 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2022 18:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5390488 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 04 2022 19:01:12 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 5403059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 19:01:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5391425 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2022 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5402237 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2022 18:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5390855 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 04 2022 18:48:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5403806 | | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2022 19:01:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5390491 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 04 2022 18:48:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5392159 | *+ | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 5395453 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**  **Email Address**

| | |
|---|---|
| Bradley J Osborne | on behalf of Creditor Carvana LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Tywanda T Reuben donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Teyon Barry donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TEYON BARRY | : | |
| TYWANDA T. REUBEN | : | |
| Debtors | : | CASE NO. 5:21-bk-00292-MJC |
| | : | |

ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of the motion of Debtors, Teyon Barry and Tywanda T. Reuben, for an Order granting their request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is hereby **ORDERED** that the Chapter 13 case is hereby dismissed.

Dated: January 3, 2022

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)